IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., | ) ) ) ) ) CIVIL ACTION FILE ) ) NUMBER 1:10-cv-2443-TCB ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| RICARDO ORDONEZ, et al., | |
| Defendants. | |

### **O R D E R**

The complaint in this case was file on August 4, 2010 [1]. Plaintiff has been given two six month extension of time to serve the Defendants in this action. Plaintiff has still been unsuccessful in serving the Defendants. It is therefore ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 41.3A(3) for want of prosecution.

IT IS SO ORDERED this 21st day of December, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge